OPINION — AG — A RETIRED FIREMAN WHO RECEIVED AN INCREASE IN HIS PENSION TO $110.00 PER MONTH AS A RESULT OF THE AMENDMENT OF 11 O.S. 1965 Supp., 364 [11-364], WOULD BE ENTITLED TO A FURTHER INCREASE AS A RESULT OF A RAISE IN BASE SALARY OF REGULAR FIREMEN GRANTED AFTER JUNE 16, 1965, CONDITIONED UPON AND AS AFOREMENTIONED HEREIN. CITE: 11 O.S. 1965 Supp., 389 [11-389] (JACK SWIDENSKY)